IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                    )
                                          )
CASEY & AMBER BODAK                       )     Case No: 09-21939
                                          )     Chapter 7
                                          )

## NOTICE OF UNCLAIMED FUNDS

Trustee, KENNETH A. MANNING, hereby states:

1. He is Trustee appointed in the above mentioned case.

2. On the 26th day of August, 2011, Trustee issued check number 107 in the amount of $9,552.85 to Student Loan Express, Claims Dept., Education Loan Servicing Corp. Said check has not been executed and more than 90 days has elapsed making the check void.

3. The last known address of the person/entity entitled to said check is: Student Loan Express, Claims Dept., Education Loan Servicing Corp., 1500 West 3rd Avenue, Ste. 125, Cleveland, OH 44113.

4. Pursuant to 11 USC 347 (a) and B.R. 3011, Trustee now deposits said funds with the Clerk of the Court to be disposed of pursuant to 28 USC 129.

/s/Kenneth A. Manning, Trustee
Kenneth A. Manning, Trustee
Attorney ID #9015-45
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376